COMMONWEALTH of Pennsylvania,
Appellee,

v.

**Keith EDWARDS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1999.

Decided Nov. 8, 1999.

Janis Smarro, Philadelphia, for Keith Edwards.

Catherine Marshall, Joan Weiner, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CAPPY and NIGRO dissent.